**PENNSYLVANIA RULES OF DISCIPLINARY ENFORCEMENT**

Rule 205.    **The Disciplinary Board of the Supreme Court of Pennsylvania.**

(a)    The Supreme Court shall appoint a board to be known as "The Disciplinary Board of the Supreme Court of Pennsylvania" which shall be composed of **[eleven] ten** members of the Bar of this Commonwealth and two non-lawyer electors.  One of the members shall be designated by the Court as Chair and another as Vice-Chair.

(b)    The regular terms of members of the Board shall be for **[three] six** years, **unless otherwise specified by order of the Court,** and no member shall serve for more than **[two consecutive three-year] one** term**[s]**.  Except when acting under Paragraph (c)(5), (7), (8) and (9) of this rule, the Board shall act only with the concurrence of not less than the lesser of:  (i) seven members, or (ii) a majority of the members in office who are not disqualified from participating in the matter or proceeding.  Seven members shall constitute a quorum.  The presence of members who are disqualified from participating in one or more matters to be considered at a meeting shall nonetheless be counted for purposes of determining the existence of a quorum for the consideration of all matters on the agenda.

\*\*\*